Antonio DiMILLO

v.

**LONGFELLOW CRUISE LINE.**

Supreme Judicial Court of Maine.

Argued Sept. 20, 1984.

Decided Oct. 5, 1984.

Reef & Mooers, P.A., Daniel W. Mooers (orally), Allen J. Hrycay, Portland, for plaintiff.

Waterhouse, Carroll & Cyr, Erland B. Hardy (orally), Biddeford, for defendant.

Before McKUSICK, C.J., and ROBERTS, VIOLETTE, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

The defendant, Longfellow Cruise Line, a tenant under a written lease, appeals from a judgment of the Superior Court (Cumberland County) denying its appeal from an order of the District Court, Portland, which issued a writ of possession on the complaint of the plaintiff, Antonio DiMillo, for forcible entry and detainer.

The present case is controlled by our decision in *Rubin v. Josephson*, 478 A.2d 665 (Me.1984) in which we held that 14 M.R.S.A. § 6002(1) is limited in scope to termination of tenancies at will.

Accordingly, the entry is:

Judgment reversed.

Remanded to the Superior Court with directions to remand to the District Court for entry of judgment denying the writ of possession.

All concurring.